UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WESTFIELD NATIONAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:18-cv-00051-TLS-SLC |
| v. | )<br>) |
| WAYNEDALE APARTMENTS, INC., d/b/a WAYNEDALE 1 APARTMENTS; LAFRAYE BANKS; and MARC REPROGLE, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Westfield National Insurance Company, by counsel, hereby notifies the Court that all matters pending between the parties have been fully compromised and settled, and that the parties anticipate filing dismissal documents with the Court within the next thirty (30) days.

Respectfully Submitted,

SMITH FISHER MAAS HOWARD & LLOYD, P.C.

*/s/ Mark R. Smith*
MARK R. SMITH, 2115-49

SMITH FISHER MAAS HOWARD & LLOYD, P.C.
7209 North Shadeland Avenue
Indianapolis, Indiana  46250
Phone:  (317) 578-1900
Facsimile:  (317) 578-1330
E-Mail:  msmith@smithfisher.com
*Attorneys for Plaintiff, Westfield National Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, a copy of the foregoing "Notice of Settlement" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Samuel L. Bolinger at mark@slbolingerlaw.com
*Counsel for Defs. Reprogle and Banks*

                                                */s/ Mark R. Smith*_____
                                                MARK R. SMITH

Q:\WES-1268\Pleadings\Notice of Settlement