UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WESTFIELD NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:18-cv-00051-TLS-SLC |
| v. | ) ) |
| WAYNEDALE APARTMENTS, INC., d/b/a WAYNEDALE 1 APARTMENTS; LAFRAYE BANKS; and MARC REPROGLE, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATED DISMISSAL, WITH PREJUDICE

Plaintiff, Westfield National Insurance Company, by counsel, and defendants, LaFraye Banks and Marc Reprogle, by counsel, constituting all parties who have appeared in this action, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate and agree that all matters pending between the parties have been fully and finally compromised and settled, and that this cause of action should be dismissed, with prejudice, costs having been paid and with each party to bear their own attorney's fees and expenses.

Respectfully Submitted,

SMITH FISHER MAAS HOWARD & LLOYD, P.C.

SAMUEL L. BOLINGER

*/s/ Mark R. Smith*
MARK R. SMITH, 2115-49
7209 North Shadeland Avenue
Indianapolis, Indiana  46250
Phone:  (317) 578-1900
E-Mail:  msmith@smithfisher.com
*Attorneys for Plaintiff, Westfield National Insurance Company*

*/s/ Samuel L. Bolinger*
SAMUEL L. BOLINGER, 10786-98
803 South Calhoun Street, Suite 300
Fort Wayne, Indiana  46802
Phone:  (260) 407-0040
E-Mail:  mark@slbollingerlaw.com
*Attorneys for Defendants, LaFraye Banks and Marc Reprogle*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 9, 2018, a copy of the foregoing "Stipulated Dismissal, With Prejudice" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Samuel L. Bolinger at mark@slbolingerlaw.com
*Counsel for Defs. Reprogle and Banks*

                                              */s/ Mark R. Smith*_____
                                              MARK R. SMITH

Q:\WES-1268\Pleadings\Stip Dis, With Prejudice